# RETAINER AGREEMENT - BANKRUPTCY Ch.: 7

By this agreement signed below, I, __James Wrobel__, hereby authorize the LAW OFFICE OF GREGORY J. MARTUCCI, P.C., to act as my representative in my bankruptcy proceeding. I hereby further state that:

1. I agree to pay a minimum fee of $ __1700__ plus court costs of $299.00 (Chapter 7) or flat fee of $ _____ plus court costs of $274.00 (Chapter 13) and that, in **Chapter 7 Cases Only**, the following additional charges will be applied toward said fee:

   a. **Two hundred twenty-five dollars ($225.00)** an hour for all attorney office time, including but not limited to telephone calls to the clients, other attorneys, creditors, etc., in preparation and review of documents and travel time; and **Two hundred fifty dollars ($250.00)** an hour for all court time.

   b. Minimum additional fee of $125.00 plus court costs of $26.00, payable in advance, for any amendments to the petition, once it has been filed.

   c. $26.00 court costs for amendments also applies to Chapter 13 cases and will be included in any fee application(s);

   d. Minimum additional fee of $375.00 for appearance at continued meeting of creditors.

   e. Minimum additional fee of $375.00 for motion to set aside liens against personal property or real estate in Chapter 7 case.

   f. Additional charge of $100.00/hour for paralegal time if forms are not substantially completed by client.

2. I agree to make payments for the fees above quoted in the following manner: $ __300 m/c__ down upon the signing of this agreement; $ _____ on/per _____; and FOR A **CHAPTER 7** PETITION, THE BALANCE PLUS FILING FEE IS DUE PRIOR TO FILING and FOR A **CHAPTER 13** PETITION, THE BALANCE ABOVE $ __N/A__ PLUS COSTS, IS PAYABLE THROUGH THE TRUSTEE'S OFFICE. Any subsequent fees and costs will be billed or presented for court approval, if required by applicable Bankruptcy Code and Rules.

3. In Chapter 13 Cases, the attached document entitled *"Rights and Responsibilities Agreement Between Chapter 13 Debtors and Their Attorneys (Model Retention Agreement)"* is attached hereto and incorporated within this document as if fully set forth herein.

4. In a minimum fee Chapter 7 case, if the hourly charge goes above the minimum charge, billing will be on a monthly basis. Payment will be due 10 days from the date the bill is sent.

5. I agree to pay a service charge of $45.00 for any checks returned N.S.F.

6. I understand that the paperwork will not be started until at least fifty percent of the fee is paid, and, unless otherwise agreed, the BALANCE OF FEES PLUS COURT COSTS must be paid before the petition is filed. In the event that Client elects not to proceed with the bankruptcy filing, the *Law Office of Gregory J. Martucci,, P.C.* will retain Three hundred dollars ($300.00) of the initial retainer fee for administrative expenses plus earned fees, including paralegal time billed at $100.00 per hour, and refund any unearned balance. File will be closed without a refund if case not filed within 6 months of opening, due to client's delay in furnishing paperwork or paying the required fees & costs.

7. I understand that no promises have been made to me, regarding the outcome of this case, other than to be provided with professional legal representation in the best possible manner.

8. I further understand that the legal services to be provided under this agreement include providing information, advice, counsel, document preparation, filing, attendance at a creditor's meeting, and legal representation in court. The legal services contracted herein, do not include representation in any Adversary Proceeding(s), and a separate Retainer Agreement and fee is required for such additional services.

9. If applicable, I authorize the Law Office of Gregory J. Martucci, P.C. to divide fees earned with _____N/A_____ as follows: MARTUCCI - ____%; _____ - ____%. My attorneys shall be equally responsible.

10. **I hereby acknowledge receipt of a copy of this *Retainer Agreement*, along with the *Statement of Information Required by 11 U.S.C. §342(b)(1)*, *Notice to Debtors Required by §527(a)(2)(A-D) of the Bankruptcy Code,* and *Notice to Debtors Required by §527(b) of the Bankruptcy Code.***

11. In consideration for the Law Office of Gregory J. Martucci, P.C.'s acceptance of my case, promise of representation, and other good and valuable consideration, the receipt of which is hereby acknowledged, I agree to indemnify the Law Office of Gregory J. Martucci, P.C. from any loss, liabilities, costs, damages, charges or expenses resulting from any claim by the court, the trustee or any creditor, arising out of alleged abuse, in violation of 11 U.S.C. §707(b)(4)(A) and/or sanctions under rule 9011 of the Federal Rules of Bankruptcy Procedure.

I have read and understand the above agreement and hereby agree to be bound on this _25_ day of ___JULY___, 200_7_.

LAW OFFICE OF GREGORY J. MARTUCCI, P.C.        CLIENT(S)

By: _____                     X _____

## NOTICE TO DEBTORS REQUIRED BY §527(a)(2)(A-D)
## OF THE BANKRUPTCY CODE

IMPORTANT EXPLANATION:

Bankruptcy law does provide debtors an opportunity under certain circumstances to eliminate part or all of their debts. However, in order to receive these benefits, debtors are required to reveal many aspects of their financial situation and to provide extensive documentation. This information and documentation gives the court, the trustee (the general creditors' representative) and creditors sufficient information to determine whether the debtors are eligible for the relief provided. Disclosure of this information is not optional. It is mandatory. Only the debtors can provide this information. The debtors' attorney has certain duties under the bankruptcy law. He must have the debtors' full cooperation to do his job and properly represent them.

Debtors should also know that there are significant criminal and civil penalties for misrepresentation and fraud if they are not honest in the information they provide. In fact, when signing the bankruptcy papers, debtors are signing under penalty of perjury, a felony punishable by a prison sentence of up to 5 years and a fine up to $500,000. 18 U.S.C. §§ 152 and 3571.

**All information that you are required to provide with a petition and thereafter during a case under this title is required to be complete, accurate, and truthful.**

**All assets and all liabilities are required to be completely and accurately disclosed in the documents filed to commence the case, and the replacement value of each asset as defined in section 506 must be stated in those documents where requested after reasonable inquiry to establish such value.**

**Current monthly income, the amounts specified in section 707(b)(2), and, in a case under chapter 13 of this title, disposable income (determined a accordance with section 707(b)(2)), are required to be stated after reasonable inquiry.**

**Information that you provide during your case may be audited pursuant to this title. Failure to provide such information may result in dismissal of the case under this title or other sanction, including a criminal sanction.**

Lastly, debtors' attorneys are required by the bankruptcy law to inform their clients that they are debt relief agencies. There are other disclosures that must be made. I am giving them to you at this time also.

**Language in bold is required by §527(a)(2)(A-D)**

## NOTICE TO DEBTORS REQUIRED BY §527(b) OF THE BANKRUPTCY CODE

IMPORTANT INFORMATION ABOUT BANKRUPTCY ASSISTANCE SERVICES FROM AN ATTORNEY OR BANKRUPTCY PETITION PREPARER:

If you decide to seek bankruptcy relief, you can represent yourself, you can hire an attorney to represent you, or you can get help in some localities from a bankruptcy preparer who is not an attorney. THE LAW REQUIRES AN ATTORNEY OR BANKRUPTCY PETITION PREPARER TO GIVE YOU A WRITTEN CONTRACT SPECIFYING WHAT THE ATTORNEY OR BANKRUPTCY PETITION PREPARER WILL DO FOR YOU AND HOW MUCH IT WILL COST. Ask to see the contract before you hire anyone.

The following information helps you understand what must be done in a routine bankruptcy case to help you evaluate how much service you need. Although the bankruptcy can be complex, many cases are routine.

Before filing a bankruptcy case, either you or your attorney should analyze your eligibility for different forms of debt relief available under the Bankruptcy Code and which form of relief is most likely to be beneficial for you. To file a bankruptcy case, documents called a Petition, Schedules and Statement of Financial Affairs, as well as in some cases a Statement of Intention need to be prepared correctly and filed with the bankruptcy court. You will have to pay a filing fee to the bankruptcy court. Once your case starts, you will have to attend the required first meeting of creditors where you may be questioned by a court official called a "trustee" and by creditors.

If you choose to file a chapter 7 case, you may be asked by a creditor to reaffirm a debt. You may want help deciding whether to do so. A creditor is not permitted to coerce you into reaffirming your debts.

If you choose to file a chapter 13 case in which you repay your creditors what you can afford over 3 to 5 years, you may also want help with preparing your chapter 13 plan and with the confirmation hearing on your plan which will be before a bankruptcy judge.

If you select another type of relief under the Bankruptcy Code other than chapter 7 or chapter 13, you will want to find out what should be done from someone familiar with that type of relief.

Your bankruptcy case may also involve litigation. You are generally permitted to represent yourself in litigation in bankruptcy court, but only attorneys, not bankruptcy petition preparers, can give you legal advice.

# STATEMENT OF INFORMATION REQUIRED BY 11 U.S.C. § 342(b)(1)

## INTRODUCTION

Pursuant to the Bankruptcy Reform Act of 1994, the Office of the United States Trustee, United States Department of Justice, has prepared this information sheet to help you understand some of the possible consequences of filing a bankruptcy petition under Chapter 7 of the Bankruptcy Code. This information is intended to make you aware of:

1. The potential of consequences of seeking a discharge in bankruptcy, including the effect on credit history.

2. The effect of receiving a discharge of debts;

3. The effect of reaffirming a debt; and

4. Your ability to file a petition under a different Chapter of the Bankruptcy.

There are many other provisions of the Bankruptcy Code that may affect your situation. This information sheet contains only general principles of law and is not a substitute for legal advice. If you have questions or need further information as to how the bankruptcy laws apply to your specific case, you should consult with your lawyer.

## WHAT IS A DISCHARGE?

The filing of a Chapter 7 petition is designed to result in a discharge of most debts you listed on your bankruptcy schedules. A discharge is a court order that says you do not have to repay your debts, but there are a number of exceptions. Debts which may not be discharged in your Chapter 7 case include, for example, most taxes, child support, alimony, and student loans; court-ordered fines and restitution; debts obtained through fraud or deception; and personal injury debts caused by driving while intoxicated or taking drugs. Your discharge may be denied entirely if you, for example, destroy or conceal property; destroy, conceal or falsify records; or make a false oath. Creditors cannot ask you to pay any debts, which have been discharged. You can only receive a Chapter 7 discharge one every eight (8) years.

## WHAT ARE THE POTENTIAL EFFECTS OF A DISCHARGE?

The fact that you filed bankruptcy can appear on your credit report for as long as ten (10) years. Thus, filing a bankruptcy petition may affect your ability to obtain credit in the future. Also, you may not be excused from repaying any debts that were not listed on your bankruptcy schedules or that you incurred after you filed bankruptcy.

## WHAT ARE THE EFFECTS OF REAFFIRMING A DEBT?

After you file your petition, a creditor may ask you to reaffirm a certain debt or may seek to do so on your own. Reaffirming a debt means that you sign and file with the court a legally enforceable document, which states that you promise to repay all or a portion of the debt that may otherwise have been discharged in your bankruptcy case. Reaffirmation agreements must generally be filed with the court within 60 days after the first meeting of creditors.

Reaffirmation agreements are strictly voluntary – they are not required by the Bankruptcy Code or other state or federal law. You can voluntarily repay any debt instead of signing a reaffirmation agreement, but there may be valid reason for wanting to reaffirm a particular debt.

Reaffirmation agreements must not impose an undue burden on you or your dependents and must be in your best interest. If you decide to sign a reaffirmation agreement, you may cancel it at any time before the court issues your discharge order or within sixty (60) days after the reaffirmation agreement was filed with the court, whichever is later. If you reaffirm a debt and fail to make the payments required in the reaffirmation agreement, the creditor can take action against you to recover any property that was given as security for the loan and you may remain personally liable for any remaining debt.

## OTHER BANKRUPTCY OPTIONS

You have a choice in deciding what chapter of the Bankruptcy Code will best suit your needs. Even if you have already filed for relief under Chapter 7, you may be eligible to convert your case to a different Chapter.

- Chapter 7 is the liquidation chapter of the Bankruptcy Code. Under Chapter 7, a trustee is appointed to collect and sell, if economically feasible, all property that you own that is not exempt from these actions.

Chapter 11 is the reorganization chapter most commonly used by business, but it is also available to individuals. Creditors vote on whether to accept or reject a plan, which also must be approved by the court. While the debtor normally remains in control of the assets, the court can order the appointment of a trustee to take possession or control of the business.

Chapter 12 offers bankruptcy relief to those who qualify as family farmers. Family farmers must propose a plan to repay their creditors over a three to five year period and it must be approved by the court. Plan payments are made through a Chapter 12 trustee, who also monitors the debtor's farming operations during the pendency of the plan.

- Finally, Chapter 13 generally permits the individual to keep their property by repaying creditors out of their future income. Each Chapter 13 debtor writes a plan, which must be approved by the Bankruptcy Court. The debtor must pay the Chapter 13 trustee the amounts set forth in the plan. Debtors receive a discharge after they complete their Chapter 13 repayment plan. Chapter 13 is only available to individuals with regular income whose debts do not exceed $1,000,000. ($250,000 in unsecured debts and $750,000 in secured debts).

AGAIN, PLEASE SPEAK TO YOUR LAWYER IF YOU NEED FURTHER INFORMATION OR EXPLANATION, INCLUDING HOW THE BANKRUPTCY LAWS RELATE TO YOUR SPECIFIC CASE.

**This notice required by § 527(a)(1)**