**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-43977-DRC |
| | § | |
| JAMES WOROBEC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 06/22/2012, in Courtroom 4016, United States Courthouse, DuPage County Courthouse, 505 N. County Farm Road, DuPage, IL 60187. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  05/11/2012                By:  /s/ David E. Grochocinski
                                              (Trustee)

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60451

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 11-43977-DRC
§
JAMES WOROBEC §
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $14,100.02
*and approved disbursements of* $86.44
*leaving a balance on hand of[1]:* $14,013.58

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $14,013.58

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David E. Grochocinski, Trustee Fees | $2,160.00 | $0.00 | $2,160.00 |
| Grochocinski, Grochocinski & Lloyd, Ltd., Attorney for Trustee Fees | $2,315.00 | $0.00 | $2,315.00 |
| Grochocinski, Grochocinski & Lloytd, Ltd., Attorney for Trustee Expenses | $40.69 | $0.00 | $40.69 |

Total to be paid for chapter 7 administrative expenses: $4,515.69
Remaining balance: $9,497.89

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $9,497.89 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $9,497.89 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $23,068.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 41.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | FIA CARD SERVICES, N.A. | $10,872.43 | $0.00 | $4,486.40 |
| 2 | Great Lakes Educational Loan Services | $10,400.79 | $0.00 | $4,291.78 |
| 3 | GE Capital Retail Bank | $1,795.50 | $0.00 | $740.89 |

|  | Total to be paid to timely general unsecured claims: | $9,519.07 |
|---|---|---|
|  | Remaining balance: | ($21.18) |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST-Form 101-7-NFR (5/1/2011)**

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: ($21.18)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: ($21.18)

Prepared By: /s/ David E. Grochocinski
Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60451

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:
James S. Worobec
    Debtor

Case No. 11-43977-DRC
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1      User: wepps      Page 1 of 2      Date Rcvd: May 14, 2012
                   Form ID: pdf006   Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2012.

```
db           +James S. Worobec,    23W080 Sidney Ave.,    Glen Ellyn, IL 60137-3066
17988778      Bank of America,    P.O. Box 650260,    Dallas, TX 75265-00260
17988779     +Chase,    P.O. Box 15153,    Wilmington, DE 19850-5153
17988780      Codilis & Associates P.C.,    15 W. 030 N. Frontage Road, Ste. 100,    Burr Ridge, IL   60527
17988781     +Emily Worobec,    23W080 Sydney Ave.,    Glen Ellyn, IL 60137-3066
18398220      FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
17988782     +Great Lakes Educational Loan Services,    2401 Inernational Lane,    Madison, WI 53704-3121
18459142      Great Lakes Educational Loan Services,    Claims Filing Unit,    PO Box 8973,
               Madison, WI 53708-8973
17988784      HSBC Retail Services,    P.O. Box 5244,    Carol Stream, IL  60197-5244
17988783     +Harris Bank,    111 W. Monroe St.,    Chicago, IL 60603-4095
17988785     +National Collegiate Trust,    1200 N. 7th Street,    Harrisburg, PA 17102-1419
17988787     +Wells Fargo,    P.O. Box 522,    Des Moines, IA 50306-0522
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18497277      E-mail/PDF: rmscedi@recoverycorp.com May 15 2012 03:15:03     GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
17988786      E-mail/PDF: gecsedi@recoverycorp.com May 15 2012 02:24:30     Sam's Club,    P.O. Box 530942,
               Atlanta, GA  30353-0942
                                                                                             TOTAL: 2
```

        ***** BYPASSED RECIPIENTS *****
NONE.                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 16, 2012**        **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1           User: wepps                 Page 2 of 2                  Date Rcvd: May 14, 2012
                               Form ID: pdf006             Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2012 at the address(es) listed below:
    David E Grochocinski  on behalf of Trustee David Grochocinski lawyers@ggl-law.com, lawyers@ggl-law.com
    David E Grochocinski  dgrochocinski@ggl-law.com, deg@trustesolutions.net
    Gregory J Martucci  on behalf of Debtor James Worobec greg@martuccilaw.com, liz@martuccilaw.com
    Maria  Georgopoulos  on behalf of Creditor  WELLS FARGO BANK, N.A. nd-four@il.cslegal.com
    Patrick S Layng  USTPRegion11.ES.ECF@usdoj.gov
                                                TOTAL: 5