# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 11-43977-DRC |
| | § | |
| JAMES WOROBEC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David E. Grochocinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $2,300.00 | Assets Exempt: | $73,748.00 |
| Total Distributions to Claimants: | $9,519.07 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $4,580.95 | | |

3) Total gross receipts of $14,100.02 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $14,100.02 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $4,580.95 | $4,580.95 | $4,580.95 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | NA | $23,068.72 | $23,068.72 | $9,519.07 |
| **Total Disbursements** | NA | $27,649.67 | $27,649.67 | $14,100.02 |

4). This case was originally filed under chapter 7 on 10/28/2011. The case was pending for -1341 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/10/2012     By:  /s/ David E. Grochocinski
                                      Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2005 F150 | 1129-000 | $14,100.00 |
| Interest Earned | 1270-000 | $0.02 |
| **TOTAL GROSS RECEIPTS** | | **$14,100.02** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

**EXHIBIT 3 – SECURED CLAIMS**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David E. Grochocinski, Trustee | 2100-000 | NA | $2,160.00 | $2,160.00 | $2,160.00 |
| Green Bank | 2600-000 | NA | $40.26 | $40.26 | $40.26 |
| The Bank of New York Mellon | 2600-000 | NA | $25.00 | $25.00 | $25.00 |
| Grochocinski, Grochocinski & Lloyd, Ltd., Attorney for Trustee | 3110-000 | NA | $2,315.00 | $2,315.00 | $2,315.00 |
| Grochocinski, Grochocinski & Lloytd, Ltd., Attorney for Trustee | 3120-000 | NA | $40.69 | $40.69 | $40.69 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $4,580.95 | $4,580.95 | $4,580.95 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | FIA CARD SERVICES, N.A. | 7100-000 | NA | $10,872.43 | $10,872.43 | $4,486.40 |
| 2 | Great Lakes Educational Loan Services | 7100-000 | NA | $10,400.79 | $10,400.79 | $4,291.78 |
| 3 | GE Capital Retail Bank | 7100-000 | NA | $1,795.50 | $1,795.50 | $740.89 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $23,068.72 | $23,068.72 | $9,519.07 |

**UST Form 101-7-TDR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 11-43977-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | WOROBEC, JAMES | Date Filed (f) or Converted (c): | 10/28/2011 (f) |
| For the Period Ending: | 8/10/2012 | §341(a) Meeting Date: | 12/14/2011 |
| | | Claims Bar Date: | 03/19/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  23W 080 SYDNEY AVENUE, GLEN ELLYN, IL | $185,200.00 | $0.00 | | $0.00 | FA |
| 2  CASH | $14.00 | $0.00 | | $0.00 | FA |
| 3  CHCKING ACCOUNT | $225.00 | $0.00 | | $0.00 | FA |
| 4  SAVINGS ACCOUNT | $365.00 | $0.00 | | $0.00 | FA |
| 5  FURNITURE | $1,950.00 | $0.00 | | $0.00 | FA |
| 6  BOOKS, ETC | $50.00 | $0.00 | | $0.00 | FA |
| 7  CLOTHING | $200.00 | $0.00 | | $0.00 | FA |
| 8  CAMERA | $20.00 | $0.00 | | $0.00 | FA |
| 9  IRA - ALIANZ | $68,379.00 | $0.00 | | $0.00 | FA |
| 10  PENSION | $295.00 | $0.00 | | $0.00 | FA |
| 11  1991 PONTIAC FIREBIRD | $0.00 | $0.00 | DA | $0.00 | FA |
| 12  2000 MERCURY MOUNTAINEER | $1,500.00 | $0.00 | DA | $0.00 | FA |
| 13  2003 CHEVROLET EXPRESS VAN | $1,450.00 | $0.00 | DA | $0.00 | FA |
| 14  2005 F150 | $16,500.00 | $14,100.00 | | $14,100.00 | FA |
| 15  TOOLS & TRAILER | $1,600.00 | $0.00 | DA | $0.00 | FA |
| INT  Interest Earned  (u) | Unknown | Unknown | | $0.02 | Unknown |
| **TOTALS (Excluding unknown value)** | **$277,748.00** | **$14,100.00** | | **$14,100.02** | **Gross Value of Remaining Assets** **$0.00** |

**Major Activities affecting case closing:**
IN PROCESS OF LIQUIDATING FORD F150 VEHICLE

**Initial Projected Date Of Final Report (TFR):** 06/30/2013    **Current Projected Date Of Final Report (TFR):** 06/30/2013

/s/ DAVID E. GROCHOCINSKI
DAVID E. GROCHOCINSKI

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-43977-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | WOROBEC, JAMES | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******5425 | Money Market Acct #: | ******0765 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 10/28/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/10/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/25/2012 | (14) | LAW OFC OF GREGORY MARTUCCI PC | NON-EXEMPT PROCEEDS FROM SALE OF 2005 FORD F150 | 1129-000 | $14,100.00 | | $14,100.00 |
| 01/31/2012 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 | | $14,100.02 |
| 01/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $14,075.02 |
| 02/07/2012 | | Green Bank | Transfer Funds | 9999-000 | | $14,075.02 | $0.00 |
| | | | **TOTALS:** | | $14,100.02 | $14,100.02 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $14,075.02 | |
| | | | Subtotal | | $14,100.02 | $25.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $14,100.02 | $25.00 | |

| For the period of 10/28/2011 to 8/10/2012 | | For the entire history of the account between 01/25/2012 to 8/10/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $14,100.02 | Total Compensable Receipts: | $14,100.02 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $14,100.02 | Total Comp/Non Comp Receipts: | $14,100.02 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $25.00 | Total Compensable Disbursements: | $25.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $25.00 | Total Comp/Non Comp Disbursements: | $25.00 |
| Total Internal/Transfer Disbursements: | $14,075.02 | Total Internal/Transfer Disbursements: | $14,075.02 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-43977-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | WOROBEC, JAMES | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******5425 | Checking Acct #: | ******0766 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 10/28/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/10/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|
| | | | TOTALS: | $0.00 | $0.00 | $0.00 |
| | | | Less: Bank transfers/CDs | $0.00 | $0.00 | |
| | | | Subtotal | $0.00 | $0.00 | |
| | | | Less: Payments to debtors | $0.00 | $0.00 | |
| | | | Net | $0.00 | $0.00 | |

**For the period of 10/28/2011 to 8/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 01/25/2012 to 8/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| **Case No.** | 11-43977-DRC | | **Trustee Name:** | David E. Grochocinski |
|---|---|---|---|---|
| **Case Name:** | WOROBEC, JAMES | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | ******5425 | | **Checking Acct #:** | ******7701 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | DDA |
| **For Period Beginning:** | 10/28/2011 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 8/10/2012 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **BALANCE** |
| 02/07/2012 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | $14,075.02 | | $14,075.02 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $16.85 | $14,058.17 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $23.41 | $14,034.76 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $21.18 | $14,013.58 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $22.61 | $13,990.97 |
| 06/22/2012 | | Green Bank | Bank service fee correction | 2600-000 | | ($22.61) | $14,013.58 |
| 06/22/2012 | 5001 | Grochocinski, Grochocinski & Lloyd, Ltd. | Distribution on Claim #: ; | 3110-000 | | $2,315.00 | $11,698.58 |
| 06/22/2012 | 5002 | Grochocinski, Grochocinski & Lloytd, Ltd. | Distribution on Claim #: ; | 3120-000 | | $40.69 | $11,657.89 |
| 06/22/2012 | 5003 | David E. Grochocinski | Trustee Compensation | 2100-000 | | $2,160.00 | $9,497.89 |
| 06/22/2012 | 5004 | FIA CARD SERVICES, N.A. | Distribution on Claim #: 1; | 7100-000 | | $4,465.75 | $5,032.14 |
| 06/22/2012 | 5005 | Great Lakes Educational Loan Services | Distribution on Claim #: 2; | 7100-000 | | $4,272.04 | $760.10 |
| 06/22/2012 | 5006 | GE Capital Retail Bank | Distribution on Claim #: 3; | 7100-000 | | $737.49 | $22.61 |
| 06/30/2012 | | Green Bank | Bank Service Fee Correction for April | 2600-000 | | ($21.18) | $43.79 |
| 07/03/2012 | 5004 | VOID: FIA CARD SERVICES, N.A. | Void of Check# 5004 | 7100-003 | | ($4,465.75) | $4,509.54 |
| 07/03/2012 | 5005 | VOID: Great Lakes Educational Loan Services | Void of Check# 5005 | 7100-003 | | ($4,272.04) | $8,781.58 |
| 07/03/2012 | 5006 | VOID: GE Capital Retail Bank | Void of Check# 5006 | 7100-003 | | ($737.49) | $9,519.07 |
| 07/03/2012 | 5007 | FIA CARD SERVICES, N.A. | Distribution on Claim #: 1; | 7100-000 | | $4,486.40 | $5,032.67 |
| 07/03/2012 | 5008 | Great Lakes Educational Loan Services | Distribution on Claim #: 2; | 7100-000 | | $4,291.78 | $740.89 |
| 07/03/2012 | 5009 | GE Capital Retail Bank | Distribution on Claim #: 3; | 7100-000 | | $740.89 | $0.00 |

**SUBTOTALS** $14,075.02 $14,075.02

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-43977-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | WOROBEC, JAMES | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******5425 | Checking Acct #: | ******7701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 10/28/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/10/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** |  | $14,075.02 | $14,075.02 | $0.00 |
|  |  |  | **Less: Bank transfers/CDs** |  | $14,075.02 | $0.00 | |
|  |  |  | **Subtotal** |  | $0.00 | $14,075.02 | |
|  |  |  | **Less: Payments to debtors** |  | $0.00 | $0.00 | |
|  |  |  | **Net** |  | $0.00 | $14,075.02 | |

**For the period of 10/28/2011 to 8/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $14,075.02 |
| | |
| Total Compensable Disbursements: | $14,075.02 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $14,075.02 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/07/2012 to 8/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $14,075.02 |
| | |
| Total Compensable Disbursements: | $14,075.02 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $14,075.02 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-43977-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | WOROBEC, JAMES | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******5425 | Checking Acct #: | ******7701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 10/28/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/10/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $14,100.02 | $14,100.02 | $0.00 |

**For the period of 10/28/2011 to 8/10/2012**

| | |
|---|---:|
| Total Compensable Receipts: | $14,100.02 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $14,100.02 |
| Total Internal/Transfer Receipts: | $14,075.02 |
| | |
| Total Compensable Disbursements: | $14,100.02 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $14,100.02 |
| Total Internal/Transfer Disbursements: | $14,075.02 |

**For the entire history of the case between 10/28/2011 to 8/10/2012**

| | |
|---|---:|
| Total Compensable Receipts: | $14,100.02 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $14,100.02 |
| Total Internal/Transfer Receipts: | $14,075.02 |
| | |
| Total Compensable Disbursements: | $14,100.02 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $14,100.02 |
| Total Internal/Transfer Disbursements: | $14,075.02 |